

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

Nos. 04-12-00749-CR, 04-12-00750-CR, 04-12-00751-CR

Kwaku **AGYIN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2011CR10947, 2012CR10947, 2011CR10948
Honorable Lori I. Valenzuela, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment in Trial Court No. 2011CR10948 for Counts I, II, III, IV, V, and VI, is MODIFIED to state the "Degree of Offense" is "1st degree." We AFFIRM AS MODIFIED.

SIGNED October 30, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice